JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HIROYOSHI YAMAOKA,<br><br>Plaintiff,<br><br>vs.<br><br>BOMEX USA, INC., MASANOBU SAKATANI, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 14-CV-06102 JFW (RZx)<br><br>**JUDGMENT** |

Plaintiff Hiroyoshi Yamaoka ("Plaintiff") filed this action against Defendants Bomex USA, Inc. and Masanobu Sakatani on August 4, 2014 alleging claims for (1) Conversion, (2) Trespass to Personal Property, (3) Claim and Delivery, (4) Fraud, (5) Restitution to Avoid Unjust Enrichment, (6) Money Had and Received, and (7) Violations of Cal. Bus. & Prof. Code §§ 17200, *et seq*. Defendants' defaults having been taken, on December 16, 2014 Plaintiff filed an Application for Default Judgment By Clerk [Dkt. 21] and the Declaration of Hiroyoshi Yamaoka [Dkt. 21-1] (collectively, "Application Papers").

/ / /

/ / /

/ / /

Accordingly, and based on Plaintiff's Application Papers:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Judgment is entered in favor of Plaintiff Hiroyoshi Yamaoka and against Defendants Bomex USA, Inc. and Masanobu Sakatani, as follows:

|   |   |   |   |
|---|---|---|---|
| a. | Damages: | | $245,200.00 |
| b. | Costs: | | $   1,703.15 |
| c. | Interest: | | $ 23,983.26 |
| **TOTAL:** | | | **$270,886.41** |

2. Defendants Bomex USA, Inc. and Masanobu Sakatani shall recover nothing from Plaintiff.

DATED: __December 30, 2014

*/s/ John F. Walter*
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

STEVEN E. YOUNG (BAR NO. 63278)
steven.young@ffslaw.com
ARASH BERAL (BAR NO. 245219)
arash.beral@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Plaintiff
HIROYOSHI YAMAOKA